Receipt # 11091253
pd $3.60
1/24/11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

LANZERIO, SCOTT JAMES
LANZERIO, GAIL LAVETTE

Debtors.

Chapter 7

Case No. 09-10802 MJK

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 6 | PYOD LLC/Citibank<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | $199.03 | $3.60 |

**TOTAL SMALL DIVIDENDS:** $ 3.60

Dated: January 23, 2011

MORRIS L. HORWITZ
Trustee
14 LAFAYETTE SQUARE, RAND BUILDING,

SUITE 1440

BUFFALO, NY 14203
(716) 838-4300



FILED JAN 24 2011 BANKRUPTCY COURT BUFFALO, N.Y.